UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
SELMA GLASER,                                                           :
:
                           Plaintiff,                  :
                                                     :       23 Civ. 4874 (JPC)
      -v-                                                                :
:       ORDER OF SERVICE
NY STATE UNITED TEACHERS, *et al.*,                                     :
:
                          Defendants.                 :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Plaintiff, who is proceeding *pro se*, paid the fees to bring this action.

      Accordingly, the Clerk of Court is respectfully directed to issue summonses as to: (1) New York State United Teachers; (2) the Board of Trustees of New York State United Teachers; (3) Administrator Amba (formerly Mercer); and (4) Healthsmart Benefit Solutions Inc. Plaintiff is directed to serve a copy of a summons and a copy of the complaint on each defendant within 90 days of the issuance of the summonses.[1] If within those 90 days, Plaintiff has neither served the defendants nor requested an extension of time to do so, the Court may dismiss the claims against the defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

      Plaintiff may consider contacting the New York Legal Assistance Group's ("NYLAG") Clinic for Pro Se Litigants in the Southern District of New York, which is a free legal clinic staffed by attorneys and paralegals to assist those who are representing themselves in civil lawsuits in this

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summonses in this action were not issued when Plaintiff filed the complaint. The Court therefore extends the time to serve until 90 days after the date the summonses are issued.

court.  The clinic is operated by a private organization; it is not part of, nor operated by, the court. It cannot accept filings on behalf of the court, which must still be filed by a *pro se* party through the court's Pro Se Intake Unit.  A copy of a flyer with details about the NYLAG clinic is attached to this order.

    SO ORDERED.

Dated: June 20, 2023
       New York, New York

                                            JOHN P. CRONAN
                                    United States District Judge



Since 1990, NYLAG has provided free civil legal services to New Yorkers who cannot afford private attorneys.

# Free Legal Assistance for Self-Represented Civil Litigants in Federal District Court for the Southern District Of New York

The NYLAG Legal Clinic for Pro Se Litigants in the Southern District of New York is a free legal clinic staffed by attorneys, law students and paralegals to assist those who are representing themselves or planning to represent themselves in civil lawsuits in the Southern District of New York. The clinic does not provide full representation. The clinic, which is not part of or run by the court, assists litigants with federal civil cases including cases involving civil rights, employment discrimination, labor law, social security benefits, foreclosure and tax.

## To Contact the Clinic:

Call (212) 659-6190 or complete our online intake form (found here: https://tinyurl.com/NYLAG-ProSe-OI). A staff member will contact you within a few business days.

Those looking for assistance can also contact the clinic at the kiosk located across the hall from the pro se clinic office in the courthouse.

**At this time, the clinic offers remote consultations only. Requests for in-person appointments will be reviewed on a case-to-case basis.**

## Location and Hours:

Thurgood Marshall United States Courthouse

    Room LL22
    40 Foley Square
    New York, NY 10007
    (212) 659 6190

    Open weekdays
    10 a.m. – 4 p.m.
    Closed on federal and court holidays

Disclaimer: The information contained herein is for informational purposes only and is not legal advice or a substitute for legal counsel, nor does it constitute advertising or a solicitation.

