UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SELMA GLASER,

                Plaintiff,

-against-

NY STATE UNITED TEACHERS et al.,

                Defendants.

---

23-CV-4874 (JGLC)

**NOTICE OF REASSIGNMENT**

JESSICA G. L. CLARKE, United States District Judge:

    This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's reassignment. **Plaintiff and counsel for Defendants must familiarize themselves with the Court's Individual Rules and Practices, including those for *pro se* litigants, which are available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke.**

Dated: June 29, 2023

       New York, New York

                                  SO ORDERED.

                                  *Jessica Clarke*

                                  JESSICA G. L. CLARKE
                                  United States District Judge