UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SELMA GLASER,

                       Plaintiff,

-against-

BOARD OF TRUSTEES OF THE NYSUT
MEMBER BENEFITS CATASTROPHE
MAJOR MEDICAL INSURANCE TRUST *et al.*,

                       Defendants.

**ORDER SCHEDULING CONFERENCE**

**23-CV-4874 (JGLC)(JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge.**

The Parties are reminded that a telephone conference is scheduled for today at 1:30 pm. The Parties should call +1 646-453-4442 and enter the passcode 933555400#.

The Defendant is reminded that Individual Practice Rule III.A requires that "one week before the scheduled conference, the Parties shall file on ECF a Proposed Case Management Plan and Report of Rule 26(f) Meeting. Parties shall use the template available at https://nysd.uscourts.gov/hon-jennifer-e-willis. The Court has not yet received Defendant's plan. Defendant is directed to file a proposed case management plan and email it to willisnysdchambers@nysd.uscourts.gov prior to today's conference.

    SO ORDERED.

Dated:    New York, New York
             October 25, 2023

*Jennifer E. Willis*
_____
JENNIFER E. WILLIS
United States Magistrate Judge