UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SELMA GLASER,

                         Plaintiff,

-against-

BOARD OF TRUSTEES OF THE NYSUT
MEMBER BENEFITS CATASTROPHE
MAJOR MEDICAL INSURANCE TRUST *et al.*,

                         Defendants.

**ORDER**

23-CV-4874 (JGLC)(JW)

**JENNIFER E. WILLIS, United States Magistrate Judge.**

    The Court held a telephone conference on October 25th. At the conference, the Parties discussed Plaintiff's proposed Amended Complaint, Defendant's proposed Motion to Dismiss, and the fact that the Plaintiff inadvertently named the incorrect Defendant in her Complaint.

    First, the Court is in receipt of Plaintiff's Amended Complaint. The Court grants the Plaintiff permission to file a Second Amended Complaint to add the correct name for the Defendant: the "Board of Trustees of the NYSUT Member Benefits Catastrophe Major Medical Insurance Trust". The Second Amended Complaint is **due on November 10th**.

    Second, Defendant is granted permission to file the anticipated Motion to Dismiss the Second Amended Complaint. The deadline to file the anticipated Motion to Dismiss is adjourned without a date. A new deadline will be imposed after the settlement conference.

Third, since the Parties have expressed an interest in settlement, the Court will hold a Settlement Conference **on November 29th at 11 am in Courtroom 228 of the Thurgood Marshall Courthouse**, 40 Foley Square, New York, New York. As discussed on the call, at least one week prior to the settlement conference, the Parties are directed to email to [willisnysdchambers@nysd.uscourts.gov](mailto:willisnysdchambers@nysd.uscourts.gov), or mail to Judge Willis's Chambers in Room 425, 40 Foley Square, New York, New York, a short statement (no more than three pages) summarizing the facts of the case and their current settlement position. **This letter is confidential and is not to be filed on the electronic docket**. It is only for the Court's use in facilitating settlement.

SO ORDERED.

Dated:   New York, New York
         October 27, 2023

*Jennifer E. Willis*
_____
JENNIFER E. WILLIS
United States Magistrate Judge