UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SELMA GLASER,

                Plaintiff,

-against-

BOARD OF TRUSTEES OF THE NYSUT
MEMBER BENEFITS CATASTROPHE
MAJOR MEDICAL INSURANCE TRUST *et al.*,

                Defendants.

**ORDER**

**23-cv-4874 (JGLC)(JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

    The Parties are reminded that in advance of the settlement conference scheduled for November 29, 2023, Ms. Glaser is expected to make an opening demand to settle the case and communicate the number to Defendants, and Defendants are also expected to make counter offer in advance of the conference. The Parties should also complete the settlement form attached and Defendants should submit it via email at [WillisNYSDChambers@nysd.uscourts.gov](mailto:WillisNYSDChambers@nysd.uscourts.gov). **The Clerk of the Court is respectfully requested to mail a copy of this Order to Plaintiff at 100 De Kruif Place, Apt. 19E Bronx, NY 10475.**

    SO ORDERED.

Dated:    New York, New York
             November 20, 2023

                                                      JENNIFER E. WILLIS
                                                      United States Magistrate Judge

# SETTLEMENT CONFERENCE FORM

**This form should be completed jointly by the Parties and emailed to WillisNYSDChambers@nysd.uscourts.gov at least five business days prior to the conference. The answers to this form will be kept confidential. Please cite to the relevant docket entry where appropriate.**

1. **Has a deadline for fact discovery been set in this case? If so, is discovery closed?**

    Yes_____   No_____
    If yes, the discovery deadline is/was_____

2. **Is there a deadline for expert discovery?**

    Yes_____   No_____
    If yes, the expert discovery deadline is/was_____

3. **Is either Party waiting to receive records (medical records, payroll records, expert reports, etc.) important to its case?**

    Yes_____   No_____
    If yes, what are those records?_____
    Is the Party still prepared to settle even without receipt of those documents?
    _____

4. **Has a Motion to Dismiss or Motion on the Pleadings Been Filed?**

    Yes_____   No_____

    If yes, did the District Judge rule on the Motion to Dismiss?

    Yes_____   No_____

    If yes, please list the surviving claims below:

    _____

5. **Has a Motion for Summary Judgment Been Filed?**

    Yes_____   No_____

If yes, did the District Judge rule on the Motion?

Yes_____     No_____

If yes, what did the District Judge rule?

Granted_____   Denied_____   Granted in part _____

6. **Are attorney's fees part of the damages calculation? If so, to date, what are the total attorney fees accumulated in the case?**

   Yes_____     No_____

   If yes,  $_____

7. **What are the estimated attorney fees for each side for the next stages of the litigation?**

   Plaintiff $_____     Prefer Not to answer_____

   Defendant$_____     Prefer Not to answer_____

8. **Are there any financial constraints affecting the settlement discussions the Court should be aware of?**

   Yes_____     No_____
   If yes, what are those financial constraints?_____

9. **What was Plaintiff's last best offer? When was this offer made?**

   $_____

   Date of Offer:_____

10. **What was Defendant's last best offer? When was this offer made?**

    $_____

    Date of Offer:_____

11. **Are there any other impediments to settlement that the Court should be aware of?**

    Yes_____     No_____
    If yes, please describe._____