UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SELMA GLASER,<br><br>                        Plaintiff,<br><br>-against-<br><br>BOARD OF TRUSTEES OF THE NYSUT<br>MEMBER BENEFITS CATASTROPHE<br>MAJOR MEDICAL INSURANCE TRUST *et al.*,<br><br>                        Defendants. | **ORDER**<br><br>23-cv-4874 (JGLC)(JW) |

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Parties are again reminded that in advance of the settlement conference scheduled for November 29, 2023, Ms. Glaser is expected to make an opening demand to settle the case and communicate the number to Defendants, and Defendants are also expected to make a counteroffer in advance of the conference. The Parties must also complete the required settlement form and Defendants should submit it via email at WillisNYSDChambers@nysd.uscourts.gov by the close of business today.

In a letter, Defendant requested that the CMM Trust's Manager, Betsy Porter, be permitted to attend the conference remotely. That request is GRANTED.

**The Clerk of the Court is respectfully requested to mail a copy of this Order to Plaintiff at 100 De Kruif Place, Apt. 19E Bronx, NY 10475.**

SO ORDERED.

Dated:    New York, New York
          November 28, 2023

*Jennifer E. Willis*
_____
JENNIFER E. WILLIS
United States Magistrate Judge