
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SELMA GLASER, | |
| Plaintiff, | **ORDER** |
| -against- | 23-cv-4874 (JGLC)(JW) |
| BOARD OF TRUSTEES OF THE NYSUT MEMBER BENEFITS CATASTROPHE MAJOR MEDICAL INSURANCE TRUST *et al.*, | |
| Defendants. | |

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of a status update from Ms. Glaser's attorney, Susanne Toes Keane. Dkt. No. 34. That letter seeks an additional 30 days to "explore the relevant issues." That request is GRANTED. **The next status update is due May 11, 2024.**

The Court has also received a letter from the Plaintiff, Ms. Glaser. Generally, when a party has a lawyer, only that lawyer should communicate with the Court on the client's behalf. United States v. Rivernider, 828 F.3d 91, 108 (2d Cir. 2016); Doe by & Through Doe v. E. Lyme Bd. of Educ., No. 3:11CV291 (JBA), 2019 WL 245461, at *1 (D. Conn. Jan. 17, 2019). Moreover, any communication with the Court should include opposing counsel.

However, given that the Court has been referred this matter for settlement, the Court interprets Ms. Glaser's letter as an attempt to further those settlement discussions. For that reason, the Court concludes that the letter need not be filed on the docket. The Court has mailed Ms. Glaser's letter to her attorney.

All other deadlines in the case remain stayed.

**The Clerk of the Court is respectfully requested to mail a copy of this Order to Plaintiff at 100 De Kruif Place, Apt. 19E Bronx, NY 10475.**

SO ORDERED.

Dated: New York, New York
April 12, 2024

*Jennifer E. Willis*
_____
JENNIFER E. WILLIS
United States Magistrate Judge